UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE GIBSON, as Conservator for
SHAWNTAZE GIBSON,

    Plaintiff,

v.

JOHNATHON CLEVELAND and
CITY OF FERNDALE,

    Defendants.
_____/

Case No. 18-cv-13929
Hon. Matthew F. Leitman

### ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT'S PENDING MOTION FOR SUMMARY JUDGMENT (ECF No. 25) AND PROVIDING FOR REINSTATEMENT OF MOTION IF NECESSARY

Now pending before the Court is Defendant's Motion for Summary Judgment (ECF No. 25.) The motion had previously been scheduled for a hearing, but the Court adjourned the hearing at the request of the parties so that they could pursue settlement discussions. During a status conference on August 6, 2021, counsel for both parties informed the Court that issues related to health care liens have delayed settlement efforts. The parties requested additional time to address the lien issues and explore settlement. The Court agrees that it makes sense for the parties to take these steps toward a possible settlement. In the meantime, while the parties are exploring a possible settlement, the Court **TERMINATES WITHOUT PREJUDICE** Defendant's Motion for Summary Judgment. Defendant may restore

the motion to the Court's active docket at any time by filing a Notice of Reinstatement of Motion. Defendant need not re-file the actual motion along with such Notice. If a Notice of Reinstatement is filed, the Court will decide the Motion for Summary Judgment as it was originally filed.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 6, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 6, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764