UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE GIBSON, as Conservator for
SHAWNTAZE GIBSON,

       Plaintiff,                     Case No. 18-cv-13929
                                        Hon. Matthew F. Leitman

v.

JOHNATHON CLEVELAND

       Defendants.

| MOSS & COLELLA, P.C. | ROSATI SCHULTZ JOPPICH & |
|---|---|
| BY:   A. VINCE COLELLA | AMTSBUECHLER, PC |
| (P49747) | BY:   CARLITO H. YOUNG (P61863) |
|      VICTOR BALTA | Attorneys for Defendant Cleveland, Only |
| (P77805) | 27555 Executive Drive, Suite 250 |
| Attorney for Plaintiff | Farmington Hills, MI 48331-3550 |
| 28411 Northwestern Hwy, Suite | 248-489-4100/F: 248-489-1726 |
| 1150 | cyoung@rsjalaw.com |
| Southfield, MI 48034 | |
| 248-945-0100/F: 248-945-1801 | |
| vcolella@mosscolella.com | |

## ORDER APPROVING SETTLEMENT,
## ATTORNEY FEES, AND LITIGATION EXPENSES

      This matter having come before the Court, and the Court being otherwise fully

advised in the premises:

      **IT IS HEREBY ORDERED** that Conservator, ALICE GIBSON, is

authorized to approve and effect a valid and binding settlement of the claims filed

on behalf of SHAWNTAZE GIBSON, arising out of the subject incident which

occurred on July 10, 2018, in the total amount of Two Hundred Seventy-Five Thousand Dollars and 00 / 100 ($275,000.00).

**IT IS FURTHER ORDERED** that the law firm of Moss & Colella shall be entitled to the reimbursement of its litigation expenses and payment of attorney fees pursuant to its contingent fee agreement.

**IT IS FURTHER ORDERED** that the distribution of the aforementioned settlement proceeds; including, attorney fees, litigation costs, Medicare liens and medical expenses is subject to approval by the Oakland County Probate Court.

**IT IS FURTHER ORDERED** that the action is dismissed with prejudice and without costs to either party.

**This order resolves the last pending matter and closes the case.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2022


Approved as to Form and Substance


 /s/ Debani Gordon Lehman
Debani Gordon Lehman (P83909)
Attorney for Defendant

2